# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 618
New York, NY 10007

**Re:   Velasquez v. 80-90 Maiden Lane Del LLC, d/b/a Gristedes Supermarket, et al.
Case 1:19-cv-06911-KPF**

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned has conferred with opposing counsel who consents to this request.

The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com

Application GRANTED.  This action is hereby STAYED until **May 20, 2020.**  On or before that date the parties should provide a letter to the Court with a revised discovery schedule.  The pretrial conference previously scheduled for June 9, 2020 is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: April 20, 2020
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE