# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 18, 2020

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 618
New York, NY 10007



    **Re:   Velasquez v. 80-90 Maiden Lane Del LLC, d/b/a Gristedes Supermarket, et al.
Case 1:19-cv-06911-KPF**

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, it continues to be very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines in this matter. The undersigned has conferred with opposing counsel who consents to this request.

The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

                                                     Sincerely,

                                        By:  /S/ B. Bradley Weitz
                                              B. Bradley Weitz, Esq. (BW 9365)
                                              THE WEITZ LAW FIRM, P.A.
                                              18305 Biscayne Blvd., Suite 214
                                              Aventura, Florida 33160
                                              Tel.: (305) 949-7777
                                              Fax: (305) 704-3877
                                              Email: bbw@weitzfirm.com

```
This action is hereby STAYED until June 20, 2020.  On or before that
date the parties should provide a letter to the Court with a revised
discovery schedule.
```

                                                    SO ORDERED.

```
Dated: May 18, 2020
       New York, New York
```

                                        *Katherine Polk Failla*

```
                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE
```