```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/15/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

               Plaintiff,

    -v-

80-90 MAIDEN LANE DEL LLC *et al.*,

              Defendants.
-----------------------------------------------------------------X

19-CV-6911 (JPC)

NOTICE OF REASSIGNMENT

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines are adjourned.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                         JOHN P. CRONAN
                                   United States District Judge